In the Matter of GRACE T. CARTER et al., Appellants, against EDWARD KALAMEJSKI et al., Constituting the Board of Education of Union Free School District No. 7 of the Town of Cheektowaga, Respondents.

Argued April 12, 1939; decided May 23, 1939.

*James O. Moore* and *Harold B. Ehrlich* for appellants.

*Philip Halpern, M. H. Friedman, Emil L. Cohen* and *Harold P. Kelly* for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.